PD-1505-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/22/2015 10:40:54 AM
Accepted 5/26/2015 8:29:18 AM
ABEL ACOSTA
CLERK

Case No. PD-1505-14

## In the Court of Criminal Appeals of Texas

## David Schlittler v. The State of Texas

On Discretionary Review
of Appeal No. 12-13-00269-CR
in the Twelfth Court of Appeals of Texas
at Tyler

## Motion for Leave to File an Appellant's Post-Argument Brief

For the following reasons, David Schlittler (Appellant) requests leave to file an *Appellant's Post-Argument Brief*:

1. Upon a party's motion, this Court may permit the filing of additional briefs. Rule 70.4, Rules of Appellate Procedure.

2. On May 20, 2015, this Court heard oral arguments presented by both parties in this case. During the course of those arguments members of the Court propounded several questions upon the parties' attorneys in which Schlittler believes the answers require some clarification.

3. Schlittler does not intend to re-hash the arguments adequately set forth in the briefs previously filed with the Court. Instead, Schlittler intends to focus primarily on (1) the extent of the fundamental right implicated here, (2) the applied

as opposed to facial challenge to the statute, and (3) the class as defined by Art. 62.001(5), Code of Criminal Procedure. Schlittler believes that he can clarify these matters within 10 pages of text.

4. Schlittler can complete his legal research and draft and file a post-argument brief by the end of next week, if not before.

5. Schlittler's request is not made for purposes of delay but for a thorough and proper presentation of his arguments.

6. For the foregoing reasons, Schlittler prays that this Court grant him leave to file an *Appellant's Post-Argument Brief* no later than May 29, 2015.

Respectfully submitted,

State Counsel for Offenders
Attorney for Appellant

/s/ Kenneth Nash
Texas Bar No. 14811030
P. O. Box 4005
Huntsville, TX 77342
Telephone no. 936-437-5291
Facsimile no. 936-437-5279
E-mail address: Ken.Nash@tdcj.texas.gov

## Certificate of Conference

In compliance with Rule 10.1(5), Rules of Appellate Procedure 10.1(5), I certify that I conferred with the State's attorney, Melinda Fletcher, on May 22, 2015, who does not oppose this motion.

/s/ Kenneth Nash

## Certificate of Compliance

In compliance with Rule 9.4(i)(3), Rules of Appellate Procedure, I certify that this computer-generated document complies with the typeface requirements of Rule 9.4(e) and is comprised of 219 words (excluding the items exempted in Rule 9.4(i)(1)).

/s/ Kenneth Nash

## Certificate of Service

In compliance with Rule 9.5(e), Rules of Appellate Procedure, I certify that a copy of the foregoing *Motion for Leave to File an Appellant's Post-Argument Brief* was served upon the State's attorney and upon the State Prosecuting Attorney noted below by one or more of the following: certified mail (return receipt requested), facsimile transfer, or electronic mail (e-mail), on May 22, 2015.

Melinda Fletcher
Special Prosecution Unit
P. O. Box 1744
Amarillo, TX 79105
Facsimile no. 866-923-9253
E-mail address: mfletcher@sputexas.org

Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, TX 78711
Facsimile no. 512-463-5724
E-mail address: information@spa.texa.gov

/s/ Kenneth Nash

3